United States District Court
Eastern District of New York (Bklyn)

William Escalera, Jr. (B.C.C# 349151M126)

    Petitioner,

MAUSKOPF, J.

-against-

Dept. of Corrections Rikers Is. RNDC-74
C.O. Lorenzan #5303, and the City of
New York, Et. Al.

    Defendant(s)

**CV 17- 4787**

ORIGINAL

Complaint
Under the Civil Rights Act,
42 U.S.C. § 1983
(prisoner complaint)

Jury Trial ☒ Yes ☐ No
check one

Claim # 2017P1014993
Din # 17-A-2796
NYSID # 6334298H

RECEIVED
AUG 11 2017
PRO SE OFFICE

(I.) Parties in this Complaint

(A.)
"Plaintiff" Name William Escalera Jr.
ID # 17-A-2796
Current institution Downstate Correctional Facility
Address 121 Red Schoolhouse Road, P.O. Box F
Fishkill, New York 12524-0446.

(B.)
"Defendant No. 1" Name Correctional Officer Lorenzan Stein) #5303.
Where currently employed Ronald N. Davoren Complex
(R.N.D.C.) 74 11-11 Hazen Street East Elmhurst
New York 11370. (Rikers Island)

(1.)

"Defendant No. 2" Name <u>Department of Corrections</u>
Where Currently Employed <u>The Bldg is Not The Defendant(s)</u>
Address <u>(R.N.D.C) Roward N. Daveren Complex-74  11-11 Hazen</u>
<u>Street, E. Elmhurst, New York 11370.</u>

"Defendant No. 3" Name <u>The City of New York</u>
Where Currently Employed _____
Address _____

II. Statement of Claim

(A.) In what institution did the events giving rise to your claim(s) occur?
<u>(R.N.D.C) Roward N. Daveren Complex-74 "Housing unit of Central North"</u>
<u>11-11 Hazen Street, E. Elmhurst New York 11370</u>

(B.) Where in the institution did the events giving rise to your claim(s) occur? <u>It is mentioned in paragraph A. up above!</u>

(C.) What date and approximate time did the events giving rise to your claim(s) occur? <u>On the 6th day of May 2017 at approx: 5:30 a.m.</u>

(2.)

(I) FACTS: I was assigned Housing detail work (pantry) who hands and serve food (meals) in the Housing unit kitchen. I was given this assignment through Housing officer which must be approved through Dept. of program services C.O. Dept. in order to be allowed and assigned to a work detail area. The messhall had not delivered enough banana's to serve the Housing unit which consisted of 27 inmates, there was only (15). I reported this to the officer in Control station and to the Housing inmates. I was instructed to serve the breakfast (chow) meal, which consisted of bread, milk, cold cereal (wheaties), jelly, sugar and butter. While the Housing unit officer called for more supplies (banana's) Inmate, Terry Booker B&C# 349161-01146. Came to the window in a derogative and boisterous manner screaming profanities of not receiving a banana, calling me out of character, faggots, homosexuals, and motherfuckers. I went over to the south side of (pantry) and was given (2 banana's) in order to give this inmate. He took the tray along with the banana's and food, tossed them into the trash, continuing to call me names. When I had completed serving breakfast, and began giving out extra's or what was left, the inmate came at me with a chair to strike me, "In order of defense the inmate and I began fighting. C.O. Lorenzan was not on the floor during this attack. That is when I vigerously sprayed with chemical toxics to facial area, burning my eyes, stinging my ears and nose, all in my hair (pony tail) I was handcuffed in a excessive use of force, swelling my left hand. I was taken to Intake area.

(III.) Injuries
If you sustained injuries to the events alleged above describe them and state what medical treatment if any you required and received.
I was taken to the clinic after being in intake for a few hours. The Doctor Azad Nazar M.D. left me sitting in the chair without examine. Then ran off left me where I was sitting to gather his stretcher, bed for another prisoner in a different location. Injury report #3274. Then on the 8th day of May, 2017 I reported back to medical sick-call after submitting a sick-call request form. I was then seen by Doctor.

(3.)

Benjamin Owens, M.D. whom Also seen to my medical disabilities and injuries of irritation of the eyes and swelling of my left hand, also my eczema, skin irritation, flare up. A referral was submitted for Ex-rays Due to Swelling of left hand. I was given medication due to my injuries and this incident was labeled as excessive use of force. (see medical records.).

## IV. Exhaustion of Administrative Remedies

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a) requires that "(N)o action shall be brought with respect to prison conditions under section 1983 of this title or any other federal law by a prisoner confined in any jail, prison or other correctional facility until such administrative remedies as are available and exhausted." Administrative remedies are also known as grievances procedures.

(A.) Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility? Yes ✓ No ___

If yes, name the jail, or other correctional facility where you were confined at the time of the events giving rise to your claim(s)
(RNDC) - Ronald N. Davoren Complex - 74, 11-11 Hazen Street E. Elmhurst - New York 11340

(B.) Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure? Yes ✓ No ___ Do not know ___

(C.) Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?
Yes ✓ No ___ Do not know ___
If yes, which claim(s) Deliberate Indifference to medical procedure conducted on 5/6/17, by Dr. Azad Nazar M.D.

(D.) Did you file a grievance in the jail, prison or other correctional facility where your claim(s) arose
Yes ✓ No ___

(4.)

(E.) If you did file a grievance about the events described in this complaint, where did you file the grievance? (RNDC) Ronald N. Davoren Complex- 74, 11-11 Hazen Street, E. Elmhurst New York, 11370

  (1.) Which claim(s) in the complaint did you grieve? Violation of my Eighth Amendment rights prohibition under the act of cruel and unusual punishment and indifference, deliberately to medical.

  (2.) What was the result if any? It was labeled as excessive use of force!

  (3.) What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process? There was no need to take any further in the grievance process...

(F.) If you did not file a grievance
  (1) Grievances was filed as explained in paragraph (E.)
  (2.) 1, 2, and 3.
  (3.)

(G.) Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I filed a Damage, Lost, Stolen, and Injury claim to the City of New York Comptroller and I also filed a Civilian Complaint Review Board. # 201703667.

NOTE: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

(V.) RELIEF:
State what you want the court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amounts) (On the 17th day of May, 2017 I suffered greatly throughout my ordeal of court to and from each month having the staff, employees, and officers to give us our personal property to wear instead of those

(5.)

True. The Clothes were been subjected to wear, on the 17th day of May, 2017, my shoes, black, belt, and personal clothing were missing, stolen, or damaged, not to only endure the pain and suffering I had gone through with a situation that was no fault of my own but caused by the defendants on the 6th day of May 2017. I seek the amount in Monetary Compensation $50,000 from this Court.

(VI.) Previous Lawsuits:

(A.) Have you filed other lawsuits in State or Federal Court dealing with the same facts involved in this action? Yes ✓ No ___

(B.) If your answer is yes to question A describe each lawsuit by answering questions 1 through 7 below.

(1.) Parties to the previous lawsuit
Plaintiff William Escalera Jr. (B&C# 3491514126)
Defendants Cpot. Cruz, C.O. Aziz, Dept. of Corrections and The City of New York et. al...

(2.) Court (if Federal Court, name the District; if State Court, name the County). United States District Court, Eastern District of New York

(3.) Docket or Index Number 16-cv-6753 (RRM)(CLP).

(4.) Name of Judge assigned to your case Hon. Justice Cheryl L. Pollak

(5.) Approximate date of filing lawsuit 12/05/2016

(6.) Is this case still pending? Yes ✓ No ___

(7.) There hasn't been any decision rendered in that entitle action.

(C) Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ✓ No ---

(D.) →

(1.) Parties to the previous lawsuit:

Plaintiff William Escalera Jr. IND# 6111-15

Defendant(s) Samaritan Village Men's Shelter (DHS) Dept. of Homeless Services Et., Al...

(2.) Court (if federal court, name the district; if state court the county) United States District Court Southern District of New York

(3.) Docket or Index Number 16-CV-6501(RRM) 17-CV-4691(CM)

(4.) Name of judge assigned to your case Hon. Justice Colleen McMahon Chief United States District Judge.

(5.) Approximate date of filing lawsuit. Not Sure

(6.) Is the case still pending? Upon Appeal...

(7.) What was the result of the case. Case is being Appealed.

Sign: William Escalera Jr
Date: 8/7/17
Akwnstate C.F.  Din: 17A2796

(6.)

United States District Court
EASTERN District of New York (Bklyn).

William Escalera Jr. (B&C# 3491514126

Petitioner,

-Against-

Dept. of Corrections, Rikers Island (RNDC).
(Rose M.) N. Davoren Complex-74 C.O. Lorenzen
#5303, and the City of New York ET. AL...

Defendant(s)

Claim # 2017P1014993

Din # 17-A-2796

Nysid # 6334299H

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ AUG 11 2017 ★
BROOKLYN OFFICE

Clerk of the Court:

I'am the petitioner mentioned in the above entitled action; I'am no longer detained at the (RNDC) Rose M. N. Davoren Complex-74, Rikers Island. I'am detained by the State of New York Dept. of Correctional Services and Community Supv. as of the 7th day of July 2017. Downstate Correction Facility 121 (Red) Schoolhouse Rd. - Box P.O. 2445. Fishkill, New York 12524-0445.

On the 27th day of July 2017 I submitted legal paper-work in this entitled action, what I had not submitted was a complaint under the Civil Rights Act 42. U.S.C. § 1983. Because I'am without funds/or little money to help me with postage, legal supplies. To forward mail. I've been discovering great difficulty. A disbursement was mailed out in the facility, only to discover when I received the pink-slip it was not mailed out of the facility until the 28th day of July 2017, I had not received this information until the 3rd day of August, 2017. Enclosed is the Civil Rights Act 42 U.S.C § 1983 Complaint. Date: 8/7/17

Sincerely Yours!
William Escalera Jr
17-A-2796